# EXHIBIT "B"

## Kristin Brady

| | |
|---|---|
| **From:** | Mike Shackleford <mshackleford@oakpointtexas.com> |
| **Sent:** | Thursday, December 13, 2018 12:48 PM |
| **To:** | Tom Retzlaff |
| **Cc:** | Kristin Brady; Weill, Kelly; 'Andy Campbell'; 'Dalton LaFerney'; jcouncil@alm.com; 'Editor-in-Chief'; 'Jeffrey Dorrell'; 'Jason Wilson'; 'Jack Crosbie'; Ed.Reynolds@unt.edu; Deb.Armintor@cityofdenton.com; Chris.Watts@cityofdenton.com; Frank.Dixon@cityofdenton.com |
| **Subject:** | Re: Jason Van Dyke threats to City Council members and citizens |

Mr Ratzlaff,

Thank you for providing me with this information.

I was relieved to read you had notified both UNT and Denton City Council Members of possible issues regarding them also. (I say possible because the link you sent was unavailable.) I know members of both the Denton Police Department and the University of North Texas Police Department and both are full of extremely capable men and women.

After reviewing both the email and attachments you sent, our department is limited in this due to jurisdictional issues. As you mentioned the email header information you sent regarding the origin of the emails references Plano, Texas, a city over 30 miles from Oak Point.

That does not mean I think you should do nothing. One action you may consider is to file the report where the email was received. You can simply go in and file a report with the local law enforcement agency regarding the communications with Mr. Van Dyke. This not only prevents issues but also lets the officers who would be responding know who they could be walking up on should they come in contact with him. The investigators may also need additional information so you might consider contacting them beforehand.

Thank you and please continue to send us whatever you think may be relevant to our citizens and employees safety.

Mike Shackleford
Director of Public Safety
Oak Point, Texas

---

**From:** Tom Retzlaff <retzlaff@texas.net>
**Sent:** Wednesday, December 12, 2018 11:54:29 AM
**To:** Mike Shackleford
**Cc:** Kristin Brady; Weill, Kelly; 'Andy Campbell'; 'Dalton LaFerney'; jcouncil@alm.com; 'Editor-in-Chief'; 'Jeffrey Dorrell'; 'Jason Wilson'; 'Jack Crosbie'; Ed.Reynolds@unt.edu; Deb.Armintor@cityofdenton.com; Chris.Watts@cityofdenton.com;

1