# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

### **REFERRAL ORDER**

Pursuant to 28 U.S.C. §636 and Local Rule CV-72, the undersigned hereby **REFERS** the cases set forth below to U. S. Magistrate Judge Kimberly C. Priest Johnson for all pretrial proceedings.

    4:19cv531; Terrill v. United Revenue Corporation
    4:19cv718; Lorance v. General Motors, LLC
    4:19cv736; Wilson v. Experian Information Solutions, Inc., et al.
    4:19cv746; Samaritan Inn, Inc. v. Philadelphia Indemnity Insurance Company
    4:19cv757; Vu v. RSI Racing Solutions, Inc.
    4:19cv762; KT Imaging USA, LLC v. Kyocera Corporation
    4:19cv782; Allman v. Tasseologic, Inc.
    4:19cv786; Van Dyke v. Shackleford
    4:19cv787; Juluke v. CNV #1 Investors, LLC

**So ORDERED and SIGNED this 6th day of November, 2019.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE