MAGISTRATE CASE NO. 19-575893

STATE OF TEXAS
VS.

Vandyke, Jason Lee

SITTING AS MAGISTRATE FOR

DENTON COUNTY, TEXAS

### DEFENDANT'S ACKNOWLEDGMENT OF ALLEGED OFFENSES, RIGHTS AND BONDS

Date of Arrest: 01/11/19     Time of Arrest: 1036

I am the individual whose name appears above. I am now before a Magistrate after my arrest on the following charge(s):

| Offense Charges | Agency | Warrant# | Bond Amount |
|---|---|---|---|
| OBSTRUCTION OR RETALIATION | Denton District | CO1901101-A | $10000 |

FURTHER, in regards to the offense(s) listed above, I acknowledge and understand as follows:
* I have been charged with a(n) criminal offense(s), but that does not mean that I am guilty; I am innocent until proven otherwise. Unless previously adjudicated, I have the right to plead "Not Guilty" and to a trial by a judge or a jury.
* I have the right to remain silent. I do not have to make any statements to the police or attorneys representing the state. Any statements I make may be used against me as evidence in Court at a later time;
* If I start to make a statement, I have the right to terminate that statement at any time and remain silent;
* I have the right to hire or retain a lawyer and to have a lawyer present during any questioning by peace officers or attorneys representing the State of Texas. I understand that I may stop the interview at any time;
* If the Court finds that I am too poor to afford a lawyer (indigent), I have the right to request that a lawyer be appointed to represent me and the state will pay for my attorney, unless I am charged with an offense punishable by fine only;
* If I am charged with a felony level offense, I also have the right to have an examining trial, and to be released without posting bond, unless an indictment has first been returned against me by a grand jury;
* If I am not a citizen of the United States, a plea of guilty to the charge(s) at any time could affect my right to remain in this country.
  I [ ] DO, or [ ] DO NOT want to notify the consular representative of my country: _____

#### Statement Regarding Indigency and Request for Appointment of Attorney

Further, I understand that if I am charged with an offense for which I could be punished by incarceration, I have a right to a court-appointed (and paid) attorney, and if I am too poor to afford an attorney (INDIGENT), the State will appoint and pay for my attorney. Therefore, _based on my current financial status and abilities_, by my initials, I represent that:

[✓] **I am NOT INDIGENT or NOT ENTITLED TO APPOINTED COUNSEL.** *I can afford to hire legal counsel and I **do not** request court appointed counsel, **OR** I am not entitled to Court appointed counsel due to the level of my charge(s).*

[ ] **I am INDIGENT** (unable to pay for my own attorney). *I request that an attorney be appointed for me. I agree to Complete a written affidavit of financial ability in order to request appointment of an attorney.*

Defendant's Signature: [signature]   Date: 1/11/2019   Witness: [signature]

#### MAGISTRATE'S VERIFICATION OF WARNINGS AND DETERMINATION OF PROBABLE CAUSE

As Magistrate, I certify that I have advised the Defendant of his or her rights. I have asked the Defendant if he or she is indigent and have provided assistance for request of counsel. After review of appropriate documentation, I FIND that:

[✓] **PROBABLE CAUSE EXISTS** as to each of the charge(s) supported by
- a sworn affidavit(s) setting forth sufficient factual detail to establish probable cause
- confirmed warrant(s) of arrest issued by appropriate authority, or other writ(s) of commitment; or
- sworn complaint(s), as sufficient basis for further detention of the defendant; **OR**

[ ] **NO PROBABLE CAUSE EXISTS** for further detention, based upon a lack of factual detail set forth in an affidavit of probable cause or the existence of confirmed warrant(s). Accordingly, the defendant should be **RELEASED IMMEDIATELY.**

Dated: January 11, 2019 at 17:80 p.m.   [signature]
MAGISTRATE FOR DENTON COUNTY, TEXAS