Cause: CR-2018-07544-E

| THE STATE OF TEXAS | § | COUNTY CRIMINAL COURT |
|---|---|---|
| VS. | § | NUMBER FIVE |
| Jason Van Dyke | § | DENTON COUNTY, TEXAS |

*FILED FOR RECORD DENTON COUNTY CLERK FEB 26 2019 JULI LUKE DEPUTY*

## WAIVER OF JURY TRIAL | WAIVER OF TEN DAYS TO PREPARE FOR TRIAL | COURT'S ADMONISHMENT | WAIVER OF PRESENTENCE REPORT | PLEA AGREEMENT & JUDGMENT

Comes now the Defendant, joined by his attorney and the Attorney for the State in the above-styled and numbered cause, waives his right to trial by jury and confront his accusers, the right to subpoena witnesses to testify on Defendant's behalf, and if applicable, waives 10 days to prepare for trial. Defendant waives the right to remain silent and not incriminate himself and waives a reading of the Information. The Defendant and the State hereby enter an announcement of ready. The State waives its right to a trial by jury.

The plea recommendation set forth below is agreed to by the Defendant, his attorney and the State's attorney, as evidenced by their respective signatures below. The Defendant understands that if he pleads guilty or nolo contendere and the punishment assessed by the court does not exceed the punishment recommended, an appeal here in may only be prosecuted with the permission of the trial court. All written motions on file are hereby waived. The Defendant affirmatively waives all rights to appeal this cause.

The Defendant acknowledges that he is aware of the full range of punishment provided by law for this offense.

If the plea recommendation is for deferred or regular probation, Defendant reviewed the standard and special terms and conditions of probation, which are incorporated herein as "Exhibit A." Defendant is hereby informed that on violation of a condition of probation the Defendant may be arrested and detained. The defendant is entitled to a hearing limited to the determination by the court of whether it proceeds with an adjudication of guilt or revocation on the original charge. After the hearing, an adjudication of guilt, all proceedings, including assessment of punishment, pronouncement of sentence, granting of probation, and defendant's appeal continue as if the adjudication had not been deferred, if applicable. Should the Court find any violation "True", the court may assess punishment anywhere within the range provided by law for the offense.

The defendant waives a pre-sentence report and his right to have an alcohol evaluation performed prior to sentencing.

FIREARM WARNING: if you are convicted of a misdemeanor offense involving violence where you are or were a spouse, intimate partner, parent or guardian of the victim or are/were involved in another, similar relationship with the victim, it may be unlawful for you to possess or purchase a firearm, including a handgun or long gun or ammunition, pursuant to federal law under 18 U.S.C. §922(g)(9) or §46.04 (b), Texas Penal Code. If you have any questions whether these laws make it illegal for you to possess or purchase a firearm, consult your attorney.

Have you ever been convicted of a felony in any court in this state, any other state or under the laws of the United States?
__ Yes  X No

IMMIGRATION WARNING: The Defendant acknowledges that if the Defendant is not a citizen of the United States of America, a plea of guilty or nolo contendere for the offense charged may result in deportation, exclusion from the country, or the denial of naturalization under federal law.

SEXUAL OFFENDER REGISTRATION REQUIREMENTS: If you are convicted of a second violation of Indecent Exposure §21.08 Texas Penal Code as described in Chapter 62 Article 62.001(5)(F), Texas Code of Criminal Procedure, you must meet all the registration requirements set out in that chapter. **Failure to properly register is a separate criminal offense. By signing this document, you and your attorney are acknowledging that your attorney has advised you about and you are aware of any applicable registration requirements under Chapter 62.**

| [X] Plea Recommendation | [ ] Open Plea | [ ] Enhancement True | [ ] Enhancement Waived |
|---|---|---|---|
| [ ] Waive Count/s | [ ] Lesser-Included | Date of Offense: 9-13-2018 | |
| Offense Pled to: False Report to Police | | | Class: B |
| Range of Punishment: Jail: 0-180 | | Fine: ~~600~~ 0 to 2000 | |
| DEFENDANT'S PLEA: [ ] GUILTY | [X] NOLO CONTENDRE | Enhancement(s): True/Not True | | |
| FINE: 600 + CC 289 = 889 | JAIL: ___ Credit: ___ | [X] Def'd. Adj. 24 months | [ ] Regular Prob. ___ months |
| [ ] ___ days in jail as a condition of probation beginning ___ | | | |

| Special Court Ordered Terms and Conditions of Probation or Deferred Adjudication (as Designated by the Court). |||
|---|---|---|
| [ ] 1 \| Restitution $___ | [ ] 9 \| Sexual Eval. | [ ] AFFV |
| [ ] 2 \| Days in Jail COP ___ days | [ ] 10 \| ESL | [ ] Forfeit Weapon |
| [X] 3 \| D/A Evaluation | [X] 11 \| $10 DCCS | [ ] HIV Testing/Education |
| [X] 4 \| No Alcohol | [ ] 12 \| YDDP/DWI VIP | [ ] GED/HS DIP |
| [ ] 5 \| DWISE/DOEP/ROP | [ ] 12 \| Dom. Violence VIP | [X] Comm. Service 60 |
| [ ] 6 \| Ignition Interlock ___ mo. | [ ] 13 \| MPFR | [X] Destroy Evid. 38.43 |
| [ ] 7 \| CHANGE/Ang. Mgmt. | [X] 14 \| No Firearms | [ ] MH Caseload |
| [ ] 7 \| Alcoh Seller/L Skills/Theft Divers. | [ ] 15 \| SCRAM ___ mo | [X] Defer TRAS |
| [ ] 8 \| Batterer's Intervention | [ ] 16 \| $100 FV Shelter | [ ] |

Sign HIPPA Release to allow Probation to have access to records.

| [ ] Prior DWI within 5 years | [ ] DL Susp. ___ | [X] 39.14 Disclosure Attached |
|---|---|---|
| [X] Notes/Conditions: 1) Submit to Mental Health evaluation and follow directives; 2) Have no contact with Tom Retzlaff, Deb Armintor; 3) Remain in Denton County or contiguous counties unless otherwise approved by the Court. Also Rockwall & Fannin Counties and the most direct route to & from those Counties ||||
| [ ] Accident | [ ] Defendant Under 21 YOA at time of Incident ||
| BAC Evidence: [ ] None [ ] Breath ___ [ ] Blood ___ ||||

**Notice of Right to Petition for Non-Disclosure**: After Sentencing the defendant, the Court hereby informs Defendant of the right to petition the court for an order of nondisclosure of criminal history record information under Subchapter E-1, Chapter 411, Government Code, unless Defendant is ineligible to pursue that right.

**Conditions of Community Supervision**: The judge may impose any reasonable condition of community supervision. The judge may also amend or modify the conditions of supervision at any time during the period of supervision.

**Plea and Judicial Confession:** I voluntarily enter my plea of GUILTY/NOLO CONTENDERE to the above mentioned offense. My plea is entered freely and voluntarily, and without any coercion, distress or promise of benefit other than the plea-bargain agreement.

I swear to or affirm all of the foregoing, and I further swear or affirm that all testimony that I give in this case will be the truth, the whole truth and nothing but the truth. I understand the English language or this document has been translated for me. I have read or my attorney has read this entire document, including Exhibit A, if applicable, to me and I have discussed it fully with my attorney; I understand this document completely, including the Court's admonishments, and I am aware of the consequences of my plea. My attorney has discussed with me the law and the facts applicable to this case, and I am satisfied that I have been effectively represented. I understand that if an appeal is made, written Notice of Appeal must be filed within 30 days of the sentencing date.

_____
DEFENDANT

**Defendants who do not understand the English language sign here, along with attorney or interpreter:**

I understand the _____ language. This entire document was read to me and fully explained to me in that language by my attorney and/or interpreter.

_____
DEFENDANT

The Defendant does not adequately understand the English language. I have read this entire document to the Defendant in _____, and s/he has indicates that s/he understands my explanation of the document.

_____      _____
ATTORNEY FOR DEFENDANT            INTERPRETER (Sign & Print Name)

**DEFENSE ATTORNEY**

I hereby join, consent and approve of the waiver of jury trial. In addition, I hereby advise the Court that I fully consulted with the Defendant and carefully reviewed this entire document with him/her. I believe the Defendant is mentally competent, understands the admonishments, is aware of the consequences of the plea and is freely, voluntarily, knowingly and intelligently entering his/her plea of guilty or nolo contendere, waiver, stipulation and judicial confession. I hereby waive my right to 10 days to prepare after my appointment, with Defendant's consent.

_____      Dominick Morsela
ATTORNEY FOR DEFENDANT            Printed Name of Defense Attorney

**STATE'S ATTORNEY**

Before the entry of Defendant's plea of guilty or nolo contendere herein, the above requests, waivers and stipulations are hereby consented to and approved by me, the attorney representing the State of Texas.

_____      R. Frey
STATE'S ATTORNEY                  Printed Name of State's Attorney

**JUDGE**

THE COURT HEREBY FINDS THAT: (1) The Defendant was sane when the alleged offense was committed, is mentally competent to enter his/her plea, is represented by competent counsel, understands the nature of the charges against him/her, and has been warned of the consequences of a plea of guilty or nolo contendere, including the minimum and maximum punishment provided by law; (2) the attorney for Defendant and the State consent to and approve the waiver of trial by jury and agree to stipulate the evidence and judicial confession in this case; and (3) the Defendant understands the consequences of his/her plea, and the Defendant's plea of guilty or nolo contendere, statements waivers, consent stipulations and judicial confession were freely, voluntarily knowingly and intelligently made. The Court hereby grants leave to amend the information/indictment (if applicable). Approves the waiver of jury trial, all other waivers, the consent to stipulate evidence and judicial confession. (4) The evidence submitted substantiates the guilt of the Defendant. If a conviction, the Court finds the defendant "Guilty" of the offense.

DONE AND ENTERED this     FEB 26 2019          .

_____
JUDGE PRESIDING

I AM THE DEFENDANT WHO RECEIVED THIS JUDGMENT ON THE ABOVE DATE IN OPEN COURT

_____
Defendant

4/3/80
Date of Birth

TXDL 15158112
Texas Driver's License                    Right Thumb

