**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| JASON LEE VAN DYKE, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No.: 4:19-cv-786-SDJ-KPJ |
| § | |
| MICHAEL SHACKLEFORD, § | |
| § | |
| Defendant. § | |

## ORDER

Pending before the Court is Defendant Michael Shackleford's ("Defendant") Motion to Dismiss (the "Motion") (Dkt. 6). Defendant's Motion was filed on November 25, 2019, and a response was due on December 9, 2019. *See* Dkt. 6. To date, no response has been filed.

Pursuant to the Eastern District of Texas' local rules, "a party's failure to oppose a motion in the manner prescribed [in Local Rule CV-7(d–e)] creates a presumption that the party does not controvert the arguments set out by movant and has no evidence to offer in opposition to the motion." Local Rule CV-7.

The Court hereby **ORDERS** Plaintiff Jason Lee Van Dyke to file a response, if any, to the Motion (Dkt. 6) **by Monday, December 23, 2019**.

**So ORDERED and SIGNED this 16th day of December, 2019.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE