# EXHIBIT "A"

**Jolene Bartlett**

| | |
|---|---|
| **From:** | Tom Retzlaff <retzlaff@texas.net> |
| **Sent:** | Tuesday, May 22, 2018 4:24 PM |
| **To:** | 'James Edland' |
| **Cc:** | 'Mike Shackleford'; 'Jeffrey Dorrell'; Kristin Brady; Jolene Bartlett |
| **Subject:** | RE: murder threats - Chief Tommy Payne |
| **Importance:** | High |

Dear Chief Edland,

Thank you so much for your kind assistance in finding out who the police department is that is responsible!

I have copied Jeff Dorrell in this email. He is my attorney in Houston and he is the one who got the telephone call death threats from Jason Van Dyke. I have also copied herein the prosecutor from the State Bar of Texas who is investigating my complaints against Van Dyke, too.

As you know, especially in light of the terrible events in Santa Fe, one must say something whenever they see something. Van Dyke has a lot of guns at home and he is a very angry person. I do not want to sit by and see yet another mass shooting happen on account of a drug addict or mentally ill person with guns doing something crazy and harmful.

Tom Retzlaff

**From:** James Edland [mailto:jedland@northeastpolice.net]
**Sent:** Tuesday, May 22, 2018 2:15 PM
**To:** Tom Retzlaff
**Cc:** Mike Shackleford
**Subject:** RE: murder threats - Chief Tommy Payne

The sheriffs office would just kick it back to the PD with jurisdiction but Chief Shackelford is very squared away. If there is are violations I feel sure he will take care of them quickly.

**From:** Tom Retzlaff <retzlaff@texas.net>
**Sent:** Tuesday, May 22, 2018 3:31 PM
**To:** James Edland <jedland@northeastpolice.net>
**Cc:** Mike Shackleford <mshackleford@oakpointtexas.com>
**Subject:** Re: murder threats - Chief Tommy Payne

Perhaps you also contacting the sheriff might help. I would hate to see this slip literally through the jurisdictional cracks, sir.

I live in Arizona. So I don't know what else to do. This man is armed, angry, and lives in your community.

Tom Retzlaff

**From:** jedland@northeastpolice.net
**Sent:** May 22, 2018 1:29 PM
**To:** retzlaff@texas.net
**Cc:** mshackleford@oakpointtexas.com
**Subject:** RE: murder threats - Chief Tommy Payne

Mr Retzlaff,

Aubrey forwarded your email to me a few minutes ago but the address for Mr Dyke, **108 DURANGO DR, AUBREY** is in a subdivision actually outside our city limits, Cross Oak Ranch. This area is unincorporated Denton County and the Oak Point Police Department was providing police services for them. I am not sure if they still do but I have copied them on this email.

**From:** Tom Retzlaff <retzlaff@texas.net>
**Sent:** Tuesday, May 22, 2018 2:59 PM
**To:** James Edland <jedland@northeastpolice.net>
**Subject:** FW: murder threats - Chief Tommy Payne
**Importance:** High

I now understand that the subject of this email lives in your city. Please take action!

Tom Retzlaff

**From:** Tom Retzlaff [mailto:retzlaff@texas.net]
**Sent:** Tuesday, May 22, 2018 12:42 PM
**To:** 'pd@aubreytx.gov'; 'aubreypdtips@aubreytx.gov'; 'jmeyers@aubreytx.gov'; 'tracy.murphree@dentoncounty.com'
**Cc:** 'Jeffrey Dorrell'; Kristin Brady (Kristin.Brady@TEXASBAR.COM); jolene.bartlett@texasbar.com; lacevedo@texasbar.com; jgill@dentonrc.com; 'jcouncil@alm.com'; 'david.yates@therecordinc.com'; Jessica Schulberg (jessica.schulberg@huffpost.com); Weill, Kelly (Kelly.Weill@thedailybeast.com)
**Subject:** murder threats - Chief Tommy Payne
**Importance:** High

Dear Chief Payne,

A local resident in your town named Jason Lee Van Dyke (DOB: ███████  TX DL# ███████  SSN: ███████) recently filed a $100 million lawsuit against me in federal court for defamation and other claims. You might have read about it in your local newspaper:

https://www.dentonrc.com/news/attorney-fights-nazi-claims-in-million-lawsuit/article_62ea10ae-4a06-11e8-b64b-0f5e10a6f84f.html

I am contacting you because I was informed just a short time ago this morning that Mr. Van Dyke called up my attorney, Jeffrey Dorrell of Houston, and told him that he was going to murder me. I have copied Mr. Dorrell in this email. He can be reached by telephone at his office with the Hanszen Laporte law firm, 713-522-9444.

Specifically:

> At 9:53 AM this morning, Mr. Van Dyke e-mailed that if he could not get satisfaction from Retzlaff "in court," he would "deal with Mr. Retzlaff in another way." At 9:56 AM he e-mailed that "if this doesn't stop TODAY," Mr. Retzlaff will have "a hell of a lot more to worry about than just my lawsuit." He also wrote, "The motherfucking state bar can have my license." Shortly after 10:00 AM today, Mr. Van Dyke telephoned and told me he had learned Mr. Retzlaff's physical address and intended to "go to Arizona and beat Mr. Retzlaff to within an inch of his life." He said, "If you consider that a threat, then do whatever you have to do."

I live in Arizona and, because Van Dyke lives in your town in Denton County, it will be up to you people to arrest and prosecute him. Mr. Dorrell lives in Houston and he is the one who heard the terrorist threat, not I.

FYI – Based upon a complaint that I filed, the State Bar of Texas is currently investigating Van Dyke, too, and I have copied them in this email, along with the local news reporter who did the initial story about Van Dyke.

In this day and age, one can never take these kinds of threats lightly. This is a link to Van Dyke's Instagram account. As you can see, the dude has a stockpile of very dangerous assault-style weapons and he is not afraid to use them. Van

Dyke has already threatened to shoot members of the State Bar with a .50 cal rifles, you should know, in an earlier social media post.

https://www.instagram.com/proudboywaterfowler/?hl=en

Attached are some of his other social media posts. I would ask that you send officers out to his residence of 108 DURANGO DR, AUBREY, TX 76227-2341 as soon as possible to make certain that he is not trying to harm himself or others.

Again, what with all the recent shootings and work place violence, I do not think you guys can ignore this threat.

Please let me know what you all will do.

Tom Retzlaff