# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **JASON LEE VAN DYKE,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Case No.: 4:19-cv-00786-SDJ-KPJ** |
| | § | |
| **MICHAEL SHACKLEFORD,** | § | |
| | § | |
| **Defendant.** | § | |

### MEMORANDUM ADOPTING REPORT AND
### RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On September 1, 2020, the Magistrate Judge entered proposed findings of fact and recommendations (Dkt. 13) that Defendant Michael Shackleford's Motion to Dismiss (Dkt. 6) be granted.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

Accordingly, Defendant Michael Shackleford's Motion to Dismiss (Dkt. 6) is **GRANTED**.

Therefore, it is hereby **ORDERED, ADJUDGED, AND DECREED** that this entire action, and all of the claims asserted therein, be **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs. All relief not previously granted is hereby **DENIED**, and the Clerk is directed to **CLOSE** this civil action.

So ORDERED and SIGNED this 16th day of September, 2020.

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE